1   ALEXANDER G. CALFO (SBN 152891)
    *alexander.calfo@btlaw.com*
2   KELLEY S. OLAH, (SBN 245180)
    *kelley.olah@btlaw.com*
3   GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
    *gabrielle.anderson-thompson@btlaw.com*
4   **BARNES & THORNBURG LLP**
    2029 Century Park East, Suite 300
5   Los Angeles, California  90067
    Telephone:    (310) 284-3880
6   Facsimile:    (310) 284-3894

7   Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC. and JOHNSON &
8   JOHNSON SERVICES, INC.

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13
    HELEN JOHNSON;                          Case No.  CV15-00128-EMC
14
                    Plaintiff,              **[~~PROPOSED~~] ORDER RE STIPULATION
15                                          TO STAY ALL PROCEEDINGS**
          vs.
16
    DEPUY ORTHOPAEDICS, INC., a             Complaint Filed:  July 15, 2014
17  corporation; JOHNSON & JOHNSON
    SERVICES, INC., a corporation; and
18  DOES 1 through 500;

19                  Defendants.

20

21
          TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
22
          Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff HELEN
23
    JOHNSON and Defendants DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON
24
    SERVICES, INC.; (hereafter collectively "the Parties"); upon consideration of all documents,
25
    files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:
26
          1.      The Parties' request for a stay of proceedings is GRANTED;
27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3.      Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is rescheduled from 4/9/15 to 6/11/15 at 9:30 a.m. A joint CMC statement shall be filed by 6/4/15.

Dated: _____1/16_____, 2015



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS